UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

JEFFREY BALDWIN

    Plaintiff,

v.

CASE NO. 15-cv-135

RICCIARDI, STERN & PATRICKUS, S.C.

    Defendant.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that we have been retained by and appear as counsel for the defendant in the above-entitled action, and we hereby demand that copies of all proceedings in this action be served upon us at our office at 735 North Water Street, Suite 1400, Milwaukee, Wisconsin, 53202-4267.

Dated at Milwaukee, Wisconsin this 26th day of February, 2015,

**GUTGLASS, ERICKSON, BONVILLE & LARSON, S.C.**

By: /s/ Paul R. Erickson
Paul R Erickson, SBN 1003920
paul.erickson@gebsc.com
Joan M. Huffman, SBN 1059029
joan.huffman@gebsc.com
735 N Water St # 1400
Milwaukee, WI 53202-4106
Telephone: (414) 908-0242
Facsimile: (414) 273-3821
Attorneys for Defendant