UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

JEFFREY BALDWIN,

                Plaintiff,

    vs.                                     Case No. 15-cv-135

RICCIARDI, STERN &
PATRICKUS, S.C.,

                Defendant.

## MOTION TO DISMISS

The Plaintiff hereby moves the court to dismiss the pending lawsuit, without prejudice.

Date: March 19, 2015

s/ Nathan E. DeLadurantey

Nathan E. DeLadurantey (WI# 1063937)
Heidi N. Miller (WI# 1087696)
DeLadurantey Law Office, LLC
735 W. Wisconsin Ave, Suite 720
Milwaukee, WI  53233
(414) 377-0515; (414) 755-0860 – Fax
Nathan@dela-law.com
Heidi@dela-law.com