# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JEFFERY BALDWIN,**

    Plaintiff,

-vs-                                                     Case No. 15-C-135

**RICCIARDI, STERN, & PATRICKUS, S.C.,**

    Defendant.

## DECISION AND ORDER

The Defendants, Ricciardi Stern & Patrickus S.C. ("RSP"), filed a motion to dismiss for lack of subject matter jurisdiction and failure to state a claim (ECF No. 8). The Plaintiff, Jeffery Baldwin ("Baldwin"), responded with a motion to dismiss the action without prejudice (ECF No. 12).

At this stage of the proceedings, Baldwin's motion to dismiss the action without prejudice is granted. *See* Fed. R. Civ. P. 41(a)(1). Therefore, RSP's motion to dismiss is denied as moot.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT:**

Baldwin's motion to dismiss this action (ECF No. 12) without prejudice is **GRANTED**;

RSP's motion to dismiss is (ECF No. 8) **DENIED** as moot.

Dated at Milwaukee, Wisconsin, this 16th day of April, 2015.

BY THE COURT:

_____
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**